UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

08 CV 3135

ANGELA BUCK,

                Plaintiff,

**AFFIDAVIT OF SERVICE**

-against-

THE CITY OF NEW YORK,

                Defendant.

STATE OF NEW JERSEY    )
COUNTY OF ESSEX        )

      Kristina E. Bakalian, being duly sworn, deposes and says:

      1.    I am over 18 years of age and am employed by Patton Boggs LLP for Defendant City of New York and am not a party to this action.

      2.    On Friday, March 28, 2008, I served a true and correct copy of a Civil Cover Sheet, Notice of Removal, Statement of Related Case Pursuant to Local Rule 1.6, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing, Individual Practices of Magistrate Judge Theodore H. Katz, Individual Rules of the Honorable Alvin K. Hellerstein and Chambers Rules for September 11 Consolidated Cases, by Federal Express upon:

                **Michael A. London, Esq.**
                Douglas & London, P.C.
                111 John Street, 14th Floor
                New York, NY 10038

                                        _____
                                        Kristina E. Bakalian

Sworn to before me this
28th day of March 2008

_____
Notary Public
Attorney, State of New Jersey

54851